JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7324
    Facsimile: (415) 436-7234
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CV 09-3490 MEJ |
|                 Plaintiff, ) | |
|     v. ) | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| APPROXIMATELY $97,200 IN UNITED STATES CURRENCY, et. al, ) | |
|                 Defendants. ) | |

     This matter is set for a Case Management Conference before the Court on November 5, 2009. However, pursuant to an agreement between the United States and potential claimant, Doreen Saffings, the time for the claimant to file her answer has been extended to December 3, 2009. No other parties have appeared in the case and no issues have been joined.  Accordingly,

///

**Stipulation RE: Continuance of CMC**

the United States[1] requests the Court to continue the Case Management Conference until December 10, 2009, or until such other time is convenient for the Court.

Respectfully submitted,

Dated: October 30, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

  /S/   *Susan B. Gray*
SUSAN B. GRAY
Assistant United States Attorney

  /S/   *Nina Wilder*
NINA WILDER, ESQ.
Attorney for Doreen Saffings

GOOD CAUSE APPEARING, the Case Management Conference currently set for November 5, 2009, is continued to December 10, 2009, at 10.00 a.m.

IT IS SO ORDERED.

Dated: November 2, 2009

_____
MARIA-ELENA JAMES
United States District Judge

---

[1] The United States does not waive any objections to claimant Saffings standing in this case.

**Stipulation RE: Continuance of CMC**

*2*