|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |
| 3 | BRIAN J. STRETCH (CSBN 163973) |
| 4 | Chief, Criminal Division |
| 5 | SUSAN B. GRAY (CSBN 100374) |
| 6 | Assistant United States Attorney |

 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436–7324
 Facsimile: (415) 436-7234
 email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | **No.** **C** 09-3490 MEJ |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
|  | ) | CASE MANAGEMENT |
| v. | ) | CONFERENCE AND [PROPOSED] |
|  | ) | ORDER |
| APPROXIMATELY $97,200 IN UNITED STATES CURRENCY, et. al, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

    This matter is set for a Case Management Conference before the Court on December 10, 2009. However, pursuant to an agreement between the United States and potential claimant, Doreen Saffings, the time for the claimant to file her answer was extended to December 3, 2009. No other parties have appeared in the case and no issues have been joined. The Assistant United States Attorney assigned the case, and Ms. Saffing's attorney had planned to meet on November

**STIP TO CONT. CMC and PO**

*1*

24, 2009 to discuss the case prior to any filings by Ms. Saffings.  However, the Assistant United States Attorney has been out ill with the flu and the parties have re-scheduled their meeting to December 3, 2009, the date the cases management conference statement is currently due.  Given the current posture of the case, the United States will agree to another extension of time for the claimant to file an answer so the parties may continue pre-filing discussions.   Since no issues have been fully joined in the case, and Ms. Saffing's has not yet filed an answer, the United States[1] requests the Court to continue the Case Management Conference currently set for December 10, 2009 at 10 a.m. until December 17 or 24, 2009, or until such other time is convenient for the Court.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
Dated: 11/30/2009              United States Attorney

___/S/_____
SUSAN B. GRAY
Assistant United States Attorney

Dated: 11/30/2009              ____/S/_____
NINA WILDER, ESQ.
Attorney for Doreen Saffings

GOOD CAUSE APPEARING, the Case Management Conference currently set for December 10, 2009, is continued to December 17, 2009, at 10.00 a.m.

IT IS SO ORDERED.

Dated: December 1, 2009        _____
MARIA ELENA JAMES
United States Magistrate Judge

---

[1] The United States does not waive any objections to claimant Saffings standing in this case.

**STIP TO CONT. CMC and PO**