JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7324
    Facsimile:  (415) 436-7234
    email:  susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No.** **C** 09-3490 MEJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | CASE MANAGEMENT |
| v. | ) | CONFERENCE AND [PROPOSED] |
| | ) | ORDER |
| APPROXIMATELY $97,200 IN UNITED STATES CURRENCY, et. al, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

    This matter is set for a Case Management Conference before the Court on December 17, 2009.  However, pursuant to an agreement between the United States and potential claimant, Doreen Saffings, the time for the claimant to file her answer was extended to December 3, 2009. No other parties have appeared in the case and no issues have been joined.  The Assistant United States Attorney assigned to the case, and Ms. Saffing's met on December 3, 2009, to discuss the

**STIP. TO CONTINUE CMC AND PO**

case and possible settlement. Those discussions are ongoing. Ms. Saffing's attorney is obtaining additional documents and the parties plan to meet again in early January. Given the current posture of the case, the United States will agree to another extension of time up to January 14, 2010, for the claimant to file an answer so the parties may continue pre-filing discussions. Since no issues have been fully joined in the case, and Ms. Saffing's has not yet filed an answer, the United States[1] and Ms. Saffing's, request the Court to continue the Case Management Conference currently set for December 17, 2009 at 10 a.m. until January 28, 2010, at 10:00 a.m or until such other time is convenient for the Court.

Respectfully submitted,

Dated: 12/07/2009

JOSEPH P. RUSSONIELLO
United States Attorney

\_\_/S/_____
SUSAN B. GRAY
Assistant United States Attorney

Dated: 12/07/2009

\_\_/S/_____
NINA WILDER, ESQ.
Attorney for Doreen Saffings

GOOD CAUSE APPEARING, the Case Management Conference currently set for December 17, 2009, is continued to January 28, 2010, at 10.00 a.m. All deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated: December 9, 2009

_____
MARIA ELENA JAMES
United States District Judge

---

[1] The United States does not waive any objections to claimant Saffing's standing in this case.

**STIP. TO CONTINUE CMC AND PO**

2