# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br>  v.<br>APPROXIMATELY $97,200 IN UNITED STATES CURRENCY,<br><br>        Defendant(s).<br>_____/ | No. C 09-03490 MEJ<br><br>**ORDER CONTINUING CMC** |

The Court is in receipt of the Joint Case Management Statement from Plaintiff United States of America and Claimant Doreen Saffings, filed January 21, 2010. (Dkt. #11.) Given the status of this case, including the government's continuing attempts to serve potential claimants, the Court hereby CONTINUES the Case Management Conference to March 18, 2010. The parties shall file an updated joint statement by March 11, 2010. All parties should ensure that their statement includes a statement regarding consent to magistrate judge jurisdiction.

**IT IS SO ORDERED.**

Dated: January 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge