JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7324
    Facsimile: (415) 436-7234
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 09-3490 MEJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | CASE MANAGEMENT |
| v. | ) | CONFERENCE AND (~~PROPOSED~~) |
| | ) | ORDER |
| APPROXIMATELY $97,200 IN UNITED | ) | |
| STATES CURRENCY, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is set for a Case Management Conference before the Court on March 18, 2010. The Assistant United States Attorney assigned the case, and Nina Wilder, Esq., attorney for claimant Doreen Saffings, are engaged in informal discovery and settlement discussions.

//

//

**STIPULATION TO CONT. CMC**

*1*

1  Those discussions are ongoing.  Given the current posture of the case, the United States[1] and Ms.
2  Saffings, request the Court to continue the Case Management Conference currently set for
3
4  March 18, 2010, for approximately 65 days, up to and including May 20, 2010, or until such
5  other time is convenient for the Court.

6                Respectfully submitted,

7  Dated: 03/15/10          JOSEPH P. RUSSONIELLO
8                United States Attorney

9                _____/S/_____
10               SUSAN B. GRAY
              Assistant United States Attorney
11
12               _____/S/_____
              NINA WILDER, ESQ.
13               Attorney for Doreen Saffings

14
15   GOOD CAUSE APPEARING, the Case Management Conference currently set for March
16 18, 2010 at 10:00 a.m. is continued to _May 27_____, at 10.00 a.m.

17   IT IS SO ORDERED.
18 Dated: March 15, 2010

19               _____
              MARIA-ELENA JAMES
20               United States Magistrate Judge

21
22
23
24
25
26
27
28   [1]The United States does not waive any objections to claimant Saffings standing in this case.

**STIPULATION TO CONT. CMC**