JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7324
    Facsimile: (415) 436-7234
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 09-3490 MEJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **CASE MANAGEMENT** |
| v. | ) | **CONFERENCE AND** ~~[PROPOSED]~~ |
| | ) | **ORDER** |
| APPROXIMATELY $97,200 IN UNITED STATES CURRENCY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is set for a Case Management Conference before the Court on May 27, 2010. The Assistant United States Attorney assigned the case, and Nina Wilder, Esq., attorney for claimant Doreen Saffings, are engaged in informal discovery and settlement discussions. Those discussions are ongoing. No other claims have been filed in this case.

    Counsel for the United States will be out of the office on May 27, 2010. Given the

**STIPULATION TO CONT. CMC AND [PROPOSED] ORDER**
CV 09-3490 MEJ      *1*

posture of the case, the United States[1] and Ms. Saffings, request the Court to continue the Case Management Conference currently set for May 27, 2010, to June 10, 2010,[2] or until such other time is convenient for the Court.

Respectfully submitted,

Dated: 05/18/2010

JOSEPH P. RUSSONIELLO
United States Attorney

/S/ *Susan B. Gray*
SUSAN B. GRAY
Assistant United States Attorney

/S/ *Nina Wilder*
NINA WILDER, ESQ.
Attorney for Doreen Saffings

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, the Case Management Conference currently set for May 27, 2010 at 10:00 a.m. is continued to June  10  . at 10.00 a.m.

IT IS SO ORDERED.

Dated: May 19, 2010

_____
MARIA ELENA JAMES
United States Magistrate Judge

---

[1] The United States does not waive any objections to claimant Saffings standing in this case.

[2] Counsel for the United States also will be out of the state on July 1, 8 and 15.

**STIPULATION TO CONT. CMC AND [PROPOSED] ORDER**
CV 09-3490 MEJ

2