JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7324
    Facsimile: (415) 436-7234
    email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09-3490 SI |
| Plaintiff, | SETTLEMENT AGREEMENT AND (Proposed) ORDER |
| v. | |
| 1. APPROXIMATELY $97,200 IN UNITED STATES CURRENCY; | |
| 2. APPROXIMATELY $95,000 IN UNITED STATES CURRENCY SEIZED FROM US BANK SAFE DEPOSIT BOX #1516-4;) | |
| 3. APPROXIMATELY $24,623.90 IN FUNDS SEIZED FROM WELLS FARGO BANK ACCOUNT #******1603; | |
| 4. APPROXIMATELY $5,056.09 IN FUNDS SEIZED FROM WELLS FARGO ACCOUNT #******3320. | |
| Defendants. | |

**SETTLEMENT AGREEMENT**

*1*

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendants for the purposes of this stipulated Settlement Agreement are Approximately $97,200 in United States Currency, Approximately $95,000 in United States Currency seized from U.S. Bank Safe Deposit Box #1516-4, Approximately $24,623.90 in Funds Seized from Wells Fargo Bank Account #\*\*\*\*\*\*1603 and Approximately $5,056.90 in Funds seized from Wells Fargo Account #\*\*\*\*\*\*3320 ("Defendant Funds"). After proper notification and publication was given, the only person who filed a timely Claim to the Approximately $24,623.90 in Funds Seized from Wells Fargo Bank Account #\*\*\*\*\*\*1603 and Approximately $5,056.90 in Funds seized from Wells Fargo Account #\*\*\*\*\*\*3320 is claimant Doreen Saffings. No one filed any claim to defendant Approximately $97,200 in United States Currency ('Defendant $97,200") or defendant Approximately $95,000 in United States Currency seized from U.S. Bank Safe Deposit Box #1516-4 ("Defendant $95,000"). As a result, only claimant Saffings has a right to defend the defendant funds and her claim is limited to only Approximately $24,623.90 ("Defendant $24,623.90") in Funds Seized from Wells Fargo Bank Account #\*\*\*\*\*\*1603 and Approximately $5,056.90 in Funds seized from Wells Fargo Account #\*\*\*\*\*\*3320 ("Defendant $5,056.90"). The United States and claimant Saffings are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. After full and open discussion, the parties agree to resolve any and all claims against the Defendant Funds, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice, arising out of the seizure of Defendant Funds and the facts alleged in the Complaint for

**SETTLEMENT AGREEMENT**

Forfeiture filed on or about July 29, 2009..

3. The parties agree that the resolution of the lawsuit as to these parties is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4. The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5. Claimant Saffings does not contest that the United States has sufficient evidence to support the forfeiture of Defendant Funds. In order to resolve this case without the expense of further litigation, however, the parties agree that 1) Doreen Saffings has not filed a claim to $97,200 and $95,000 of the Defendant Funds, and does not challenge the forfeiture of those funds to the United States, and 2) that $24,623.90 and $5,056.09 of the Defendant Funds shall be returned to claimant Doreen Saffings, with accrued interest from the date of the deposit to the release date, minus any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect. Such payment shall be in full settlement and satisfaction of any and all claims by claimant Saffings, her heirs, representatives and assignees to the Defendant Funds..

6. Claimant Saffings shall hold harmless the United States, including its agents, officers, representatives and employees, as well as any and all state and local law enforcement

**SETTLEMENT AGREEMENT**

officials, for any and all acts directly or indirectly related to the seizure of the Defendant Funds and the facts alleged in the Complaint for Forfeiture filed on July 29, 2009.

7. The United States and Claimant agree that each party shall pay its own attorneys' fees and costs.

8. Based on the foregoing Settlement Agreement between the United States, and claimant Saffings, the Parties agree that, subject to the Court's approval, this action as to Defendant Funds $24,623.90 and Defendant Funds $5,056.09 shall and hereby is DISMISSED.

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 18, 2010

SUSAN B. GRAY
Assistant United States Attorney

Dated: June 17, 2010

NINA WILDER, ESQ.
Attorney for Claimant Doreen Saffings

Dated: June 16, 2010

DOREEN SAFFINGS
Claimant

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this 18TH day of JUNE, 2010.

ORDERED, ADJUDGED AND DECREED that the United States' complaint against Approximately $24,623.90 in Funds Seized from Wells Fargo Bank Account #******1603 and Approximately $5,056.09 in Funds seized from Wells Fargo Account #******3320 be, and hereby is, DISMISSED without prejudice.

SETTLEMENT AGREEMENT

4

_____
HONORABLE SUSAN ILLSTON
United States District Judge

SETTLEMENT AGREEMENT